

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| VICTOR OMAR TORRES, | § | No. 08-21-00136-CR |
| Appellant, | § | Appeal from the |
| v. | § | 394th District Court |
| THE STATE OF TEXAS, | § | of Brewster County, Texas |
| State. | § | (TC# CR-04829) |
| | § | |

**O R D E R**

The Court GRANTS Kimberly C. McCright's request for an extension of time within which to file the Reporter's Record until **December 3, 2021.**  NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Kimberly C. McCright, Court Reporter for the 394th District Court for Brewster County, Texas, prepare the Reporter's Record and forward the same to this Court on or before December 3, 2021.

IT IS SO ORDERED this 3rd day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.